No. 451. Railway Employes' Department, American Federation of Labor, et al. v. Hanson et al. Appeal from the Supreme Court of Nebraska. (Probable

jurisdiction noted, 350 U. S. 910.) The motion of the State of Nebraska for leave to appear and present oral argument, as *amicus curiae,* is granted and 30 minutes is allowed for that purpose. *Lester P. Schoene* and *Milton Kramer* for appellants. *Clarence S. Beck,* Attorney General, and *Robert A. Nelson,* Assistant Attorney General, for the State of Nebraska, movant.